**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.** **Case No. 16-20071 JAR/TJJ**

**TONY OJEDA,**

**Defendant.**

**<u>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>**

The United States of America, by and through undersigned counsel, moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant, Tony Ojeda. In support of this Motion, the government states:

1. Defendant was charged in this district by Indictment on August 3, 2016.

2. Defendant is detained and currently in the custody of the Norton Correctional Facility, 11130 Road E4, Norton, KS 67654.

3. The defendant's appearance is necessary in this district for prosecution of the charges contained in the Indictment.

The United States therefore moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum, directing the United States Marshal, and any other federal law enforcement agency for this district, to produce the defendant, Tony Ojeda, and for any further proceedings to be held in this matter.

Respectfully submitted,

THOMAS E. BEALL
United States Attorney

/s/ James T. Ward
JAMES T. WARD, # 23356
Special Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551 6730 (telephone)
(913) 551 6541 (facsimile)
E mail: James.Ward2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ James T. Ward
JAMES T. WARD, # 23356
Special Assistant United States Attorney